JS-6

Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Andrew John Slater

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANDREW JOHN SLATER, | Case No.: 2:20-cv-05560-SP |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: April 7, 2021

_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

-1-

1  DATE: March 30, 2021          Respectfully submitted,

2                                LAW OFFICES OF LAWRENCE D. ROHLFING

3                          BY:___/s/ *Brian C. Shapiro*_____

4                                Brian C. Shapiro
                                 Attorney for plaintiff Andrew John Slater

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26